# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144239(98)


PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

VAUGHN MITCHELL,
      Defendant-Appellee.
_____

SC: 144239
COA: 293284
Wayne CC: 08-013700-FC


      On order of the Chief Justice, the motion by plaintiff-appellee for extension to July 11, 2012 of the time for filing their supplemental brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012

Clerk